AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

## APPEARANCE

Case Number: 1:05 M152A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Christopher J. Garcia

I certify that I am admitted to practice in this court.

12/12/05
Date

George J. West (signature)
Signature

George J. West 3052
Print Name Bar Number

~~10 Weybosset Street, Suite 300~~ One Financial Plaza Ste 1500
Address

Providence RI 02903
City State Zip Code

(401) ~~528-4281~~ 861-9042 (401) ~~528-4205~~ 861-0330
Phone Number Fax Number