AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Christopher J. Garcia

APPEARANCE

CASE NUMBER: CR 05 - 137-05T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Christopher J Garcia

I certify that I am admitted to practice in this court.

12/16/05
*Date*

[signature]
*Signature*

George J. West *Print Name* 3052 *Bar Number*

One Financial Plaza Ste 1500
*Address*

Providence *City* RI *State* 02903 *Zip Code*

401-861-9042 *Phone Number* 401-861-0330 *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.