**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 05-137-05T

CHRISTOPHER J. GARCIA

**MOTION TO WITHDRAW**

**NOW** comes the undersigned, George J. West, court appointed counsel, and hereby moves to withdraw his appearance on behalf of the defendant, Christopher Garcia, on the grounds that there has occurred a breakdown of the attorney client relationship to the extent that there exists a conflict of interest between the defendant and defense counsel.

Respectfully submitted,

George J. West, Esq. #3052
One Turks Head Place
Suite 312
Providence, RI 02903-2215
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 21st day of March 2006, I forwarded a copy of the within Motion to:

Adi Goldstein, Esq., A.U.S.A.
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

John Bevilaqua, Esq.
380 Broadway
Providence, RI 02909

Michael Fontaine, Esq.
194 Waterman Avenue
Providence, RI 02903

Edward Roy, Esq.
Federal Defender Office
10 Weybosset Street
Providence, RI 02903

Christopher Garcia
Wayatt Detention Center
950 High Street
Central Falls, RI 02863

George West