**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 05-137-05T** |
| | ) | |
| **LUIS CHRISTOPHER ZAVALA MAYI, alias, Christopher Garcia** | ) | |

**AMENDMENT TO PLEA AGREEMENT**

Pursuant to Rule 11(c)(1) of the Federal Rules of Criminal Procedure, the United States and the defendant, Luis Christopher Zavala Mayi, have reached a plea agreement, which agreement was filed with the Court on March 13, 2006. The United States and the Defendant hereby agree that said Plea Agreement is still in effect, with the following modifications:

(1) The first sentence of Paragraph 2(a) shall now read as follows: The government will recommend that the Court impose a term of imprisonment within the guidelines range of the offense level determined by the Court under the United States Sentencing Guidelines ("the guidelines") or the mandatory minimum term of imprisonment pursuant to statute, whichever term is greater, but not including probation or a "split-sentence," even if permitted under the guidelines. [The remainder of the paragraph remains the same.]

(2) Paragraph 2(c) shall now read as follows: The government will not move the sentencing court for a one level decrease in the offense level pursuant to U.S.S.G. § 3E1.1 (b)(2).

(3) Other than the two modifications listed above, the plea agreement remains the same.

(4) This agreement, together with the Plea Agreement filed on March 13, 2006, constitute the entire agreement between the parties. No other promises or inducements have been made concerning the plea in this case. Defendant acknowledges that no person has, directly or

indirectly, threatened or coerced Defendant to enter this agreement.

(5) Defendant states that Defendant has read this Amendment to the Plea Agreement, or has had it read to him, and discussed it with his counsel, understands it, and agrees to its provisions.

(6) Counsel for the Defendant states that he has read this Amendment to the plea agreement, explained it to the defendant, and that to the best of Counsel's knowledge, defnedant understands the agreement.

Luis Christopher Zavala Mayi — 04/13/06
LUIS CHRISTOPHER ZAVALA MAYI — Date

George West — 4/13/06
GEORGE WEST, ESQ. — Date
Counsel for Defendant

4/13/06
ADI GOLDSTEIN — Date
Assistant U.S. Attorney

4-13-06
MARY ROGERS — Date
Assistant U.S. Attorney
Chief, OCEDTF Unite

I certify that I have sight-translated into Spanish the preceding two-page Amendment to Plea agreement. He has told me that he understands its contents.

Ana Cecilia Rosado
Ana-Cecilia Rosado 4/13/2006.