April 13, 2006

The Honorable Ernest C. Torres
Chief Judge
United States District Court
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

Dear Chief Judge Torres:

I am writing today to ask that the Honorable Court will allow me an additional opportunity to have a change of plea hearing and enter a guilty plea. My attorney has told me the Court has requested a letter from me clearly stating my decisions and views on certain matters. With my attorney's assistance, I will do that in this letter.

S.Z.M First, I do admit the facts which the government read into the record at my first change of plea hearing on April 11, 2006. I stated my agreement with those facts on the record at the hearing. My attorney has provided me with a transcript of the government's statement of facts from that hearing. It is attached at Tab A to this letter. I have had it interpreted to me again this day by the Federal Court interpreter. I agree with the facts stated there and admit my role as stated.

S.Z.M Second, I want to make clear that I admit that I committed the offenses contained in the indictment; namely, that as to Count I, I did engage in the conspiracy to knowingly intentionally distribute and to possess with intent to distribute, 500 grams or more of a mixture and substance containing a detectable amount of cocaine in violation of 21 U.S.C. §841(a)(1) and (b)(1)(B) in violation of 21 U.S.C. §846. S.Z.M

With regard to Count II I did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).
S.Z.M

With regard to Count IV I did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(C).
S.Z.M

I am asking that you will accept my guilty plea to these counts. The indictment is included as Tab 2 of this letter, and I have had it interpreted to me again today.

S.Z.M Thirdly, the plea agreement which I signed and was fully interpreted to me on March 10, 2006, I have today with the interpreter's assistance reviewed its provisions. It is included as Tab 3 of this letter. I freely state that the plea agreement accurately and completely sets forth my entire agreement with the United States Attorney's Office on behalf of the government. I signed the plea agreement voluntarily because I believe the plea agreement is in my best interest, as among other things, it contains a commitment on behalf of the United States to dismiss Count V of the indictment which charged me with a violation of 18 U.S.C. § 924(c) and which would have required a mandatory five-year consecutive sentence.

S.Z.M With regard to the plea agreement, I understand that because of the events which happened in court on April 11, 2006 when the court terminated my change of plea hearing without accepting my plea, the government is no longer willing to agree to move for me to receive an additional third point reduction as they had previously committed to do under paragraph 2(c) of the plea agreement. I fully accept that change of position by the government and understand what this means with respect to the guideline calculations of my sentence. Further, my attorney has also informed me that the government is no longer willing to be required to recommend the low end of the guideline range as required by paragraph 2(a) of the plea agreement. I full accept that change as well and understand what it means relative to the sentencing recommendation the government will make to the court.

S.Z.M Further, I have been made fully aware by my attorney that the court is making no promises to me with respect to my sentence. The court does not have to accept the government's sentencing recommendations. I understand the fact that the court could impose a sentence up to the statutory maximum sentence on each count and require the same be served consecutively.

S.Z.M I further understand that the Court is making no promise to me with respect to my receiving the benefit of the third level reduction for early acceptance of responsibility. As I have written above the government declines to file a motion for that reduction.

Lastly, I recognize that my conduct in court caused the termination of the last change of plea hearing. Please allow me an additional opportunity to receive the benefits of the plea agreement and specifically relief from the consecutive five years in prison by the government's dismissal of Count V.

Sincerely yours,

Louis Christopher Zavala-Mayi

Witness:

Attorney for the Defendant

Interpreter's Certification

I hereby certify that I have sight-translated into Spanish the preceding three page letter for the defendant's benefit. He tells me that he understands its contents.