IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | C.R. NO. 05-137-5T |
| VS. | APRIL 10, 2006<br>9:30 A.M. |
| CHRISTOPHER J. GARCIA | PROVIDENCE, RI |

BEFORE THE HONORABLE ERNEST C. TORRES,

CHIEF JUDGE

(Change of Plea)

**E X C E R P T**

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | ADI GOLDSTEIN, AUSA<br>U.S. Attorney's Office<br>50 Kennedy Plaza<br>Providence, RI 02903 |
| FOR THE DEFENDANT: | GEORGE J. WEST, ESQ.<br>One Turks Head Place<br>Suite 312<br>Providence, RI 02903 |
| Court Reporter: | Karen M. Zinni, RPR-RMR-CRR<br>One Exchange Terrace<br>Providence, RI 02903 |

**BEGINNING OF EXCERPT**

MS. GOLDSTEIN: Had this matter proceeded to trial, the Government would have established the following facts:

This case arises out of a DEA investigation of Waskar Pena, Eduardo Garcia and other individuals for drug trafficking. As part of this investigation, the DEA obtained court authorization to intercept the telephone communications of two cellular telephones used by Waskar Pena.

On the night of December 10th, 2005, Pena received an incoming call from an individual known as Alejandro Pujols. The call, as all other calls described here, was intercepted pursuant to court order.

During this conversation, Pena told Pujols that Pena needed 7 or 10. Pujols asked Pena whether it was for right away, and Pena replied affirmatively.

THE COURT: Ms. Goldstein, let me just stop you here a minute. I think we're just heading to a problem here because you're getting into things that I don't know that Mr. Garcia or Mr. Zavala Mayi could possibly know. I don't know how he could admit or deny these things. So let's focus on the things that involve him, the evidence against him and go on from there.

MS. GOLDSTEIN: That's fine, your Honor. The reason I'm bringing out this call is because Pujols is also telling Pena in this phone call, and this is relevant evidence against the Defendant, that he was going to get the drugs from Lawrence, Massachusetts, which is where the Defendant and Domingo Gonzalez were driving from to Pena's house.

Pujols had negotiated the purchase of the cocaine with Domingo Gonzalez. On the morning of December 11th, 2005, the DEA obtained a court-authorized search warrant for 234 Gallatin Street in Providence, Rhode Island, and they had set up surveillance in the vicinity of that address.

At approximately 2 p.m., Pena received a call from Pujols in which he informed -- in which Pujols informed Pena that he took two girls, that is, two kilograms of cocaine. Pujols stated to Pena that he was on his way and that the individuals from Massachusetts were going to come.

As a result of this information, Pena made a call to another individual informing him that he's going to have a kilogram of cocaine available for sale.

At approximately 3:40 p.m., DEA surveillance observed Waskar Pena and Alejandro Pujols leave 234 Gallatin Street in Pena's blue Chrysler minivan.

Pena and Pujols drove onto Elmwood Avenue. Surveillance observed Pujols speaking on his telephone at the time.

Following the arrest of Alejandro Pujols and Domingo Gonzalez and the seizure of their cellular telephones, it was determined that Pujols and Gonzalez communicated with each other at that time.

Surveillance observed Pena's minivan make a U-turn on Elmwood, and then a Lincoln Town Car bearing Massachusetts registration 77NN35 pulled behind Pena's minivan and followed it to 234 Gallatin Street. This Lincoln Town Car belonged to the Defendant, who was utilizing the name of Christopher Garcia at the time, registered to him at 42 Spruce Street in Methuen, Massachusetts.

Waskar Pena parked his vehicle on Gallatin Street, and the Lincoln Town Car was observed pulling into the driveway of 234 Gallatin Street. After the car pulled in, DEA surveillance observed the driver and the passenger in the Lincoln Town Car turn around in their seats for a moment before exiting the vehicle.

The Defendant and Domingo Gonzalez, who was the front-seat passenger, were retrieving two kilograms of cocaine from a hidden compartment that was located in the back of the front passenger seat of the Lincoln

Town Car.

The Defendant and Domingo Gonzalez then carried the two kilograms of cocaine with them into Waskar Pena's house at 234 Gallatin Street. They entered the basement with that cocaine where they met with the Defendant -- with Defendant Waskar Pena and Alejandro Pujols.

Shortly thereafter at 3:50 p.m., a blue Oldsmobile arrived, and an individual known as Cornelio Ozorio was observed entering 234 Gallatin Street. At that point the DEA agents were instructed to execute the search warrant.

As they arrived, they encounter Cornelio Ozorio leaving 234 Gallatin Street. Task Force Agents Colanduano and Enright stopped Ozorio, conducted a pat-down on his person and retrieved a plastic wrapped kilogram of cocaine.

Agents then entered 234 Gallatin Street, which is a three-story, single-family home with a basement. On the first floor they encountered Eduardo Garcia. In the basement in plain view agents located another kilogram of cocaine, a heat sealer, a digital scale and packaging material. Alejandro Pujols, Waskar Pena and the Defendant were all present in the basement at the time.

Furthermore, while searching the basement, agents located Domingo Gonzalez hiding under a rug. He then engaged in a brief struggle with the police before being arrested.

While searching the Lincoln Town Car that was parked in the driveway of 234 Gallatin Street, agents found the hidden compartment in the back of the front passenger seat. The compartment was partially open at the time the officers observed it.

Inside of it was a package that contained approximately 100 grams of cocaine. Adjacent to the cocaine was a loaded .22 caliber Taurus handgun, serial number AXG32254. This gun was brought by the Defendant and Domingo Gonzalez for protection in connection with this drug transaction. A digital scale was located inside the vehicle as well. The hidden compartment was large enough to contain two kilograms of cocaine.

All the controlled substances seized in connection with this investigation were submitted to the DEA Northeast Regional Lab for testing. The net weight of the cocaine seized from Cornelio Ozorio was approximately 999 grams. The net weight of the cocaine that was seized from the house basement was 995 grams. The net weight of the cocaine that was seized from the Lincoln Town Car was 96.9 grams.

According to Task Force Agent Michael Naylor of the DEA, this quantity of cocaine is consistent with distribution to others rather than personal use. In addition, the Taurus handgun was tested by the ATF and was found to be operable.

Your Honor, I'm not sure if my narrative -- I just wanted to make sure I clarified this. I'm not sure if I stated specifically that the Defendant was utilizing the name of Christopher Garcia at the time. The vehicle was not only registered to him, but it was being operated by him at the time. He was the driver, and Domingo Gonzalez was the front passenger in the vehicle.

**END OF EXCERPT**

C E R T I F I C A T I O N

I, Karen M. Zinni, RPR-RMR-CRR, do hereby certify that the foregoing pages are a true and accurate transcription of my stenographic notes in the above-entitled case.

Karen M. Zinni

Karen M. Zinni, RPR-RMR-CRR

April 12, 2006

Date