**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 05-137-05T

LUIS CHRISTOPHER ZAVALA MAYI,
alias, Christopher Garcia

**PROTECTIVE MOTION TO**
**ENLARGE TIME FOR RESPONDING**
**TO THE PRESENTENCE REPORT**

Now comes the defendant, LUIS CHRISTOPHER ZAVALA MAYI, and moves that the court enter an order to enlarge the time for filing objections, supplemental material, acceptance letter or otherwise responding to the Presentence Report until after such time as counsel's Motion to Withdraw is considered and disposed of.

Respectfully submitted,
Luis Christopher Zavala Mayi
By His Attorney,

_/S/George J. West_______________
George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 fax

**CERTIFICATE**

I hereby certify that on this __4th__ day of August 2006, I forwarded a copy of the within Protective Motion to Enlarge Time to Adi Goldstein, Esq., A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 at:

adi.goldstein@usdoj.gov

_/s/George J. West_________